UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr263-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER OF FORFEITURE |
| ) | |
| (2) PATRICK GERARD CHAMBERS ) | |
| (3) REOBERT CHAVIUS FLOYD ) | |
| (6) DENNIS JAMERE PAGAN ) | |
| (14) JERMAINE ANTONIO ROSS ) | |
| (15) ORBEAN JAQUIEZ HATTEN ) | |
| (16) SHAKEAM DYRELL BERNABELA ) | |

In the Superseding Bill of Indictment in this case, the United States sought forfeiture of property of the Defendants as property that was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under and 21 U.S.C. § 853.

Defendants each entered into separate plea agreements; all subsequently pled guilty to Count Two in the Superseding Bill of Indictment; and were adjudged guilty of the offense charged in that count. In the plea agreements, Defendants have agreed to forfeit specific property as described below.

It is therefore ORDERED:

1. Based upon Defendants' plea of guilty and stipulated Factual Basis, the United States is authorized to seize the following property belonging to Defendants, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

- **One Norinco SKS 7.62 caliber rifle, serial number 82420 and ammunition**
- **One Rossi .38 caliber revolver, serial number W271259 and ammunition**

1

- **One Titan .38 special revolver, serial number N026511 and ammunition**
- **One Ruger .45 caliber pistol, serial number 662-35458 and ammunition**
- **One Norinco SKS 7.62 caliber rifle, serial number 21054852 with ammunition and attached scope**
- **One Rossi .357 caliber revolver with obliterated serial number and ammunition**
- **One Hi-Point Firearms, model JCP, .40 caliber pistol, serial number X7173139 and ammunition**
- **Approximately $1,550.00 in United States currency seized from 412 East Walnut Avenue, Gastonia, North Carolina on or about February 27, 2013**
- **Two Samsung cellular telephones seized from 412 East Walnut Avenue, Gastonia, North Carolina on or about February 27, 2013**
- **Digital scales, mixer, mixing beaters and glass mixing bowls all with residue cocaine residue seized from 412 East Walnut Avenue, Gastonia, North Carolina on or about February 27, 2013**
- **Approximately $4,493 in United States currency seized from 2014 Angler Way, Gastonia, North Carolina on or about June 27, 2013**
- **Digital scales and electric mixer seized from 2014 Angler Way, Gastonia, North Carolina on or about June 27, 2013;**
- **One 2010 Lincoln MXS, VIN 1LNHL9ERXAG611325**
- **One Verizon cellular telephone and one LG cellular telephone seized from 2014 Angler Way, Gastonia, North Carolina on or about June 27, 2013**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendants, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of

Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of third-party interests, if any, this Court will enter a final Order of Forfeiture pursuant to 21 U.S.C. '853(n) and Fed. R. Crim. P. 32(c)(2).

4. If no third party files a timely claim, this Order of forfeiture shall become the final and shall be made part of the sentence and included in the judgment, as provided by Fed. R. Crim. P. 32.2(b)(4) and 32.2(c)(2).

Signed: February 26, 2015

Robert J. Conrad, Jr.
United States District Judge